UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Michael Reinhart and Susan Reinhart

Debtor.

Case No.: _____22-15254 RG_____

Chapter: _____13_____

Hearing Date: _____9/7/2022_____

Judge: ___GAMBARDELLA___

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 23)

Date: _____8/23/2022_____

/s/ Denise Carlon
Signature

*rev.8/1/15*