UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarotta, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel.: 973-696-8391
Paul Evangelista
pevangelista@scura.com
Counsel for Debtors

In Re:

Michael Reinhart and
Susan Reinhart,
                    Debtor.

Case No.:      22-15254
Chapter:       13
Adv. No.:
Hearing Date:  11/2/2022 10:00AM
Judge:         RG

# CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Debtor in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On September 30, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Objection, Motion to Expunge Claims of Mitutoyo America Corporation, and Proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  September 30, 2022              /s/ Silvia Pereyra
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Ch.13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mitutoyo America Corporation<br>c/o Michelle Lee Murdock−Barriball, Manager<br>965 Corporate Blvd.<br>Aurora, IL 60502 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Saldutti Law Group<br>Rebecca K. McDowell, Esq.<br>1040 N. Kings Highway<br>Ste 100<br>Cherry Hill, New Jersey 08034 | Counsel for Spencer Savings Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Powers Kirn, LLC<br>c/o William M.E. Powers, III, Esq.<br>308 Harper Drive, Suite 210<br>Moorestown, NJ 08057 | Counsel for Bank of America | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael and Susan Reinhart<br>15 Greenview Drive<br>Pequannock, NJ 07440 | Debtors/Movants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |