UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Paul S. Evangelista, Esq.
pevangelista@scura.com
Counsel for the Debtors

In Re:
MICHAEL REINHART AND SUSAN REINHART

Case No.: 22-15254
Chapter: 13
Hearing Date: November 2, 2022
Judge: RG

## NOTICE OF OBJECTION TO YOUR CLAIM

To: Bluette S. Meyer  *[Claim Holder and Counsel, if any]*

The __Debtors__ *[Objector]* has filed the enclosed Motion to Disallow and Expunge Claim No. 15 *[Title of Objection]* (Docket No. [ 35 ]) which seeks to alter your rights by Disallowing and Expunging Claim No. 15

*[Describe effect of the Objection, i.e., disallowing, reducing, modifying, etc.]*

If you disagree with the objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before __October 26, 2022__.

At the same time, you must also serve a copy of the response upon the __Debtors' Attorney__ *[Objector's]* attorney: *[Address of objector's counsel]*
SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
Attn: Paul S. Evangelista, Esq.
1599 Hamburg Turnpike
Wayne, New Jersey 07470

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable Rosemary Gambardella on November 2, 2022 at 10:00 a.m. at the United States Bankruptcy Court, __50 Walnut Street, 3rd Floor Newark, N.J. 07102__, Courtroom no. __3E__.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

new.11/4/16