UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2022-0463

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for Bank of America, N.A.

In Re:

Michael Reinhart
Susan Reinhart

Case No.: 22-15254-RG

Hearing Date: 10/19/2022

Judge: Honorable Rosemary Gambardella

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Nicole M. Horner:

    ☐ represent the _____ in the above captioned matter.

    ☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On October 17, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Form of Order submitted

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 17, 2022

Nicole M. Horner

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield NJ 07004 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Paul S. Evangelista, Esquire<br>110A Meadowlands Parkway<br>Suite 101<br>Secaucus, NJ 07094 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Michael Reinhart<br>15 Greenview Drive<br>Pequannock NJ 07440 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Susan Reinhart<br>15 Greenview Drive<br>Pequannock, NJ 07740 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.