UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2022-0463

Powers Kirn, LLC
ecf@powerskirn.com
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000

**Order Filed on October 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michael Reinhart
Susan Reinhart

Case No.: 22-15254-RG

Hearing Date: October 19, 2022

Judge: Honorable Rosemary Gambardella

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: October 26, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case 22-15254-RG    Doc 44    Filed 10/26/22    Entered 10/26/22 15:47:07    Desc Main
Document    Page 2 of 2

Page 2

Debtor: Michael Reinhart and Susan Reinhart

Case No.: 22-15254-RG

Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Bank of America, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Bank of America, N.A., is hereby resolved upon the conditions set forth herein.

2. The parties acknowledge that on or about September 17, 2022, the debtor entered into a trial loan modification with respect to the real property commonly known as 15 Greenview Drive, Pequannock Township, NJ 07440.

3. Pursuant to the terms of the trial period plan, the debtor is required to tender a monthly payment in the amount of $2,189.16, commencing on October 26, 2022 and continuing until December 26, 2022.

4. The debtor's mortgage will be reviewed for a permanent mortgage modification upon timely completion of the trial period payments.

5. In the event that the debtor is unable to obtain a permanent loan modification on or before February 1, 2023, the debtor shall file a modified plan no later than 14 days from the deadline fixed obtaining a permanent modification to either provide for repayment of arrears and/or surrender of the subject property.

6. The objections filed on behalf of the Secured Creditor are hereby preserved and may be presented in relation to any further plan of reorganization presented by the debtor.

7. The Secured Creditor shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.