**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Paul S. Evangelista, Esq.
pevangelista@scura.com
*Counsel for Debtors*



**Order Filed on November 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>**MICHAEL REINHART AND SUSAN REINHART**,<br><br>DEBTOR. | Chapter 13<br><br>Case No. 22-15254 (RG)<br><br>Hon. Rosemary Gambardella<br><br>Hearing Date: November 2, 2022 |
|---|---|

## ORDER DISALLOWING AND EXPUNGING CLAIM No. 9 FILED BY MITUTOYO AMERICA CORPORATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**

**DATED: November 4, 2022**

*Honorable Rosemary Gambardella
United States Bankruptcy Judge*

**THIS MATTER** having been brought before the court by the Debtors, Michael Reinhart and Susan Reinhart, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3007, and N.J. LBR 3007-1 and 9013-1 for entry of an Order disallowing Claim No. 9 filed by Mitutoyo America Corporation in the amount of $55,593.89; and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown

**IT IS hereby ORDERED:**

1. The proof of claim filed by Mitutoyo America Corporation, in the amount of $55,593.89, and identified as Claim No. 9 in the Debtors' Claims Register, is hereby disallowed and expunged, and:

2. A copy of this Order shall be served upon the Chapter 13 Standing Trustee, Mitutoyo America Corporation, and all other parties who have filed a notice of appearance herein or submitted pleadings or other responses to this application