**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Paul S. Evangelista, Esq.
pevangelista@scura.com
*Counsel for Debtors*

**Order Filed on November 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**MICHAEL REINHART AND SUSAN REINHART**,<br><br>          DEBTOR. | Chapter 13<br>Case No.  22-15254 (RG)<br>Hon. Rosemary Gambardella<br>Hearing Date: November 2, 2022 |

### ORDER DISALLOWING AND EXPUNGING CLAIM No. 15 FILED BY BLUETTE S. MEYER,

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**

**DATED: November 4, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: MICHAEL REAINHART and SUSAN REINHART

Case No.: 22-15254 (RG)

Caption of Order:  **ORDER DISALLOWING AND EXPUNGING CLAIM No. 15**

Page 2 of 2

**THIS MATTER** having been brought before the court by the Debtors, Michael Reinhart and Susan Reinhart, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3007, and N.J. LBR 3007-1 and 9013-1 for entry of an Order disallowing Claim No. 15 filed by Bluette S. Meyer in the amount of $513,348.30; and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown

**IT IS hereby ORDERED:**

1.  The proof of claim filed by Bluette S. Meyer, in the amount of $513,348.30, and identified as Claim No. 15 in the Debtors' Claims Register, is hereby disallowed and expunged, and:

2.  A copy of this Order shall be served upon the Chapter 13 Standing Trustee, Bluette S. Meyer, and all other parties who have filed a notice of appearance herein or submitted pleadings or other responses to this application