**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Paul S. Evangelista, Esq.
pevangelista@scura.com
*Counsel for Debtors*

Order Filed on November 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**MICHAEL REINHART AND SUSAN REINHART**,<br><br>DEBTOR. | Chapter 13<br><br>Case No.  22-15254 (RG)<br><br>Hon. Rosemary Gambardella<br><br>Hearing Date: November 2, 2022 |

**ORDER DISALLOWING AND EXPUNGING CLAIM No. 15 FILED BY
BLUETTE S. MEYER,**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**

**DATED: November 4, 2022**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: MICHAEL REAINHART and SUSAN REINHART

Case No.: 22-15254 (RG)

Caption of Order: **ORDER DISALLOWING AND EXPUNGING CLAIM No. 15**

Page 2 of 2

**THIS MATTER** having been brought before the court by the Debtors, Michael Reinhart and Susan Reinhart, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3007, and N.J. LBR 3007-1 and 9013-1 for entry of an Order disallowing Claim No. 15 filed by Bluette S. Meyer in the amount of $513,348.30; and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown

**IT IS hereby ORDERED:**

1. The proof of claim filed by Bluette S. Meyer, in the amount of $513,348.30, and identified as Claim No. 15 in the Debtors' Claims Register, is hereby disallowed and expunged, and:

2. A copy of this Order shall be served upon the Chapter 13 Standing Trustee, Bluette S. Meyer, and all other parties who have filed a notice of appearance herein or submitted pleadings or other responses to this application

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15254-RG |
| Michael Reinhart | Chapter 13 |
| Susan Reinhart | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 04, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Reinhart, Susan Reinhart, 15 Greenview Drive, Pequannock, NJ 07440-1704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022                                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Michael Reinhart pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;15905&#064 |
| Paul Evangelista | on behalf of Joint Debtor Susan Reinhart pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;15905&#064 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca K. McDowell
    on behalf of Creditor Spencer Savings Bank rmcdowell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

TOTAL: 8