UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarotta, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel.: 973-696-8391
Paul Evangelista
pevangelista@scura.com
Counsel for Debtors

In Re:

Michael Reinhart and
Susan Reinhart,
                          Debtor.

Case No.: _____22-15254_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____

Judge: _____RG_____

## CERTIFICATION OF SERVICE

1.  I, _Silvia Pereyra_____ :

☐ represent _____ in the this matter.

☒ am the secretary/paralegal for _SWHS&C, LLP_____, who represents

Debtors_____ in the this matter.

☐ am the _____ in the this case and am representing myself.

2.    On _____November 7, 2022_____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

 Order Granting Motion To Modify Claims re: Mitutoyo America Corporation.

3.    I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: __November 7, 2022_____

/s/ Silvia Pereyra_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Ch.13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mitutoyo America Corporation<br>c/o Michelle Lee Murdock-Barriball, Manager<br>965 Corporate Blvd.<br>Aurora, IL 60502 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Saldutti Law Group<br>Rebecca K. McDowell, Esq.<br>1040 N. Kings Highway<br>Ste 100<br>Cherry Hill, New Jersey 08034 | Counsel for Spencer Savings Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Powers Kirn, LLC<br>c/o William M.E. Powers, III, Esq.<br>308 Harper Drive, Suite 210<br>Moorestown, NJ 08057 | Counsel for Bank of America | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael and Susan Reinhart<br>15 Greenview Drive<br>Pequannock, NJ 07440 | Debtors/Movants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |