UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarotta, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel.: 973-696-8391
Paul Evangelista
pevangelista@scura.com
Counsel for Debtors

In Re:

Michael Reinhart and
Susan Reinhart,
                    Debtors.

Case No.: 22-15254
Chapter: 13
Adv. No.: 
Hearing Date: 
Judge: RG

# CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Debtors in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On November , 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order Granting Motion To Modify Claims re: Bluette S. Meyer.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November , 2022

/s/ Silvia Pereyra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Ch.13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bluette S. Meyer<br>64 Eagle Rim Road<br>Upper Saddle River, NJ 07458 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Michael and Susan Reinhart<br>15 Greenview Drive<br>Pequannock, NJ 07440 | Debtors/Movants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |