Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−15254−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Reinhart | Susan Reinhart |
| 15 Greenview Drive | 15 Greenview Drive |
| Pequannock, NJ 07440 | Pequannock, NJ 07440 |

Social Security No.:
xxx−xx−8424                                                                 xxx−xx−1297

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/23 at 10:00 AM

to consider and act upon the following:

*60* − Limited Objection to Motion to Approve Loan Modification (related document:59 Motion to Approve Loan Modification with Bank of America, N.A. Filed by Paul Evangelista on behalf of Michael Reinhart, Susan Reinhart. Objection deadline is 02/7/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Exhibit # 4 Certificate of Service) filed by Debtor Michael Reinhart, Joint Debtor Susan Reinhart) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/26/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court