

# PK
## Powers Kirn, LLC
Attorneys at Law

308 Harper Drive, Suite 210
P.O. Box 848
Moorestown, NJ 08057
856.802.1000

William M. E. Powers III
Sarah E. Powers
Jeanette J. O'Donnell
Michael B. McNeil

___

March 15, 2023

CLERK, U.S. Bankruptcy Court
P.O. Box 1352
Newark, NJ  07101-1352

Re:   Bankruptcy Case No. 22-15254-RG
      Chapter 13
      In re:   Michael  Reinhart & Susan  Reinhart

Dear Clerk:

Please withdraw the Notice of Payment Change Notices, filed on March 3, 2023, related to Claim #17. Our client advised that the Notice of Payment changes were filed in error.

By copy of this letter, I am advising the interested parties.

Very truly yours,

/s/  William M. E. Powers III
William M. E. Powers III

Enclosure

cc:   Marie-Ann  Greenberg, Trustee (w/enc.)
      Michael Reinhart (w/encs.)
      Susan Reinhart (w/encs.)
      Paul S. Evangelista, Esquire (w/enc.)

WMEP:wil
#2022-0463
This is an attempt to collect a debt.  Information obtained will be used for that purpose.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2022-0463

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for Bank of America, N.A.

In Re:

Michael Reinhart
Susan Reinhart

Case No.:   22-15254-RG

Hearing Date:

Judge:   Honorable Rosemary Gambardella

Chapter:   13

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

   ☒ represent the   Creditor   in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On March 15, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Withdraw of Notice of Payment Changes Notices filed March 3, 2023 related to Claim 17.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 15, 2023

/s/ William M.E. Powers, III
William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield NJ  07004 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Bankr.P. 9036(c)<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Paul S. Evangelista, Esquire<br>110A Meadowlands Parkway<br>Suite 101<br>Secaucus, NJ  07094 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Bankr.P. 9036(c)<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Michael Reinhart<br>15 Greenview Drive<br>Pequannock NJ  07440 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Susan Reinhart<br>15 Greenview Drive<br>Pequannock, NJ  07740 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the court or by rule. Cite the rule if applicable) |

2