Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−15254−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Reinhart
15 Greenview Drive
Pequannock, NJ 07440

Susan Reinhart
15 Greenview Drive
Pequannock, NJ 07440

Social Security No.:
xxx−xx−8424

xxx−xx−1297

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 4, 2023.

Dated: May 4, 2023
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15254-RG |
| Michael Reinhart | Chapter 13 |
| Susan Reinhart | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 04, 2023 | Form ID: plncf13 | Total Noticed: 76 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Reinhart, Susan Reinhart, 15 Greenview Drive, Pequannock, NJ 07440-1704 |
| 519649189 | + | AMG Radiology, 475 South Street, Morristown, NJ 07960-6459 |
| 519649190 | + | AMS, 2360 N. Lindbergh Blvd., St. Louis, MO 63114-1608 |
| 519649191 | + | Arthur Stauff, 30 Kaunus Circle, Manchester, NH 03102-2317 |
| 519649192 | + | Atlantic Health System, 475 South Street, PO Box 1905, Morristown, NJ 07962-1905 |
| 519649193 | + | Atlantic NeoroSurgical Specialists, 89 S Sparta Ave, Sparta, NJ 07871-1777 |
| 519649194 | + | Bank of America, 100 N. Tryon Street, Charlotte, NC 28202-4036 |
| 519649196 | + | Bestline, 11350 Knott St, Garden Grove, CA 92841-1400 |
| 519649197 | + | Biggs Nystrom, 15 Greenview Drive, Pequannock, NJ 07440-1704 |
| 519687363 | + | Bluette S. Meyer, 64 Eagle Rim Rd, Upper Saddle River, NJ 07458-1839 |
| 519649198 | | Bruce Meyer, 268 Dove Street, San Diego, CA 92103 |
| 519649205 | + | Cullen & Dykman LLP, 433 Hackensack Avenue, Hackensack, NJ 07601-6452 |
| 519649206 | | Databit, 200 NJ-17, Mahwah, NJ 07430 |
| 519649208 | + | Dimensional & Calibration Laboratories, 15 Greenview Drive, Pequannock, NJ 07440-1704 |
| 519649211 | + | Estate of Herbert Meyer, 64 Eagle Rim Rd, Saddle River, NJ 07458-1839 |
| 519649212 | #+ | Garden State Precision, 510 Church St, Ridgefield, NJ 07657-2131 |
| 519649213 | + | Gastroenterology Associates of New Jersey, 205 Browertown Rd, Ste 102, Little Falls, NJ 07424-2610 |
| 519649215 | + | Glastonbury Southern Gage, 46 Industrial Road, Erin, TN 37061-5394 |
| 519649216 | + | Heidenhein, 333 East State Parkway, Schaumburg, IL 60173-5337 |
| 519649218 | + | Invo Spline, 2357 E 9 Mile Rd, Warren, MI 48091-2162 |
| 519649219 | + | Johnson Controls, 500 Business Center Drive, Pittsburgh, PA 15205-1346 |
| 519649221 | + | KES Machine, 176 Kelsey St, Newington, CT 06111-5418 |
| 519649222 | + | LCA, 3150 Livernois Rd #300, Troy, MI 48083-5000 |
| 519649224 | + | MB&W, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 519649225 | + | Meegan Tool Sales, 160 Oak St, P.O. Box 456, Glastonbury, CT 06033-0456 |
| 519649226 | + | Mitutoyo, 965 Corporate Blvd, Aurora, IL 60502-9176 |
| 519677178 | + | Mitutoyo America Corporateion, 965 Corporate Blvd, Aurora, IL 60502-9176 |
| 519649228 | + | OSS LLC, 380 Wingo Heights Rd #4b, Spartanburg, SC 29303-6632 |
| 519649232 | + | PSE&G, 80 Park Plaza, Newark, NJ 07102-4194 |
| 519649229 | + | Perry Johnson Laboratory, 755 West Big Beaver Road, Suite 1325, Troy, MI 48084-4918 |
| 519649230 | + | Pitney Bowes, 3001 Summer Street, Stamford, CT 06905-4317 |
| 519649235 | + | RLA Machine, 124 E Terrace Avenue, Lakewood, NY 14750-1330 |
| 519649233 | + | Renishaw, 1001 Weseman Drive, Dundee, IL 60118-9409 |
| 519649234 | + | Richard Berkshire, 6116 Cardinal Drive, New Bern, NC 28560-7164 |
| 519649237 | | Saldutti Law Group, 300 Kings Highway North, Cherry Hill, NJ 08034 |
| 519661997 | #+ | Scarinci Hollenbeck, LLC, 1100 Valley Brook Road, Lyndhurst, New Jersey 07071-3620 |
| 519649238 | + | Spencer Savings Bank, 611 River Drive, Elmwood Park, NJ 07407-1348 |
| 519649239 | + | Staples, 500 Staples Drive, Framingham, MA 01702-4474 |
| 519649241 | + | Strategic Funding Source, Inc., c/o Nguyen Ballato Law Firm, 2201 Libbie Avenue, Richmond, VA 23230-2364 |
| 519649223 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Lexus |

Case 22-15254-RG    Doc 79    Filed 05/06/23    Entered 05/07/23 00:14:36    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2023 | Form ID: plncf13 | Total Noticed: 76 |

|  |  | Financial Services, P.O. Box 15012, Chandler, AZ 85244 |
|---|---|---|
| 519649242 | + | Thread Check, 900 Marconi Avenue, Ronkonkoma, NY 11779-7212 |
| 519649244 | + | Troemer, 201 Wolf Dr, Thorofare, NJ 08086-2245 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 04 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 04 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | May 04 2023 20:37:00 | Spencer Savings Bank, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519649188 | + | Email/PDF: bncnotices@becket-lee.com | May 04 2023 20:51:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519683452 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2023 20:39:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519690983 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 04 2023 20:36:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 519683692 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 04 2023 20:36:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519649195 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 04 2023 20:37:00 | Barclays Bank Deleware, 100 S. West St., Wilmington, DE 19801-5015 |
| 519649199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2023 20:39:25 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519658683 | + | Email/PDF: ebn_ais@aisinfo.com | May 04 2023 20:39:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519649202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2023 20:39:52 | Citi Bank, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519649203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 04 2023 20:38:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519649204 | + | Email/Text: compliance@contractcallers.com | May 04 2023 20:38:00 | Contract Callers, 501 Greene St, Suite 301, Augusta, GA 30901-4402 |
| 519649207 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2023 20:39:37 | Department Stores National Bank, 701 E 60th St. N, Sioux Falls, SD 57104 |
| 519655297 | | Email/Text: mrdiscen@discover.com | May 04 2023 20:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519649209 | + | Email/Text: mrdiscen@discover.com | May 04 2023 20:36:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 519649217 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 04 2023 20:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519649200 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2023 20:39:54 | Chase Auto Loan, PO Box 901076, Fort Worth, TX 76101 |
| 519649201 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2023 20:39:48 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 519649220 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2023 20:40:04 | JPMorgan Chase & Co, 270 Park Avenue, New York, NY 10017 |
| 519668035 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2023 20:39:25 | JPMorgan Chase Bank, N.A., National Bankruptcy |

Case 22-15254-RG    Doc 79    Filed 05/06/23    Entered 05/07/23 00:14:36    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2023 | Form ID: plncf13 | Total Noticed: 76 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519681242 | + | Email/Text: RASEBN@raslg.com | May 04 2023 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519649227 | + | Email/Text: electronicbkydocs@nelnet.net | May 04 2023 20:38:00 | Nelnet Loans, PO Box 82505, Lincoln, NE 68501-2505 |
| 519649231 | | Email/Text: Bankruptcy.Notices@pnc.com | May 04 2023 20:36:00 | PNC Bank, PO Box 10566, Birmingham, AL 35296 |
| 519688464 | | Email/Text: Bankruptcy.Notices@pnc.com | May 04 2023 20:36:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519692543 | | Email/Text: bnc-quantum@quantum3group.com | May 04 2023 20:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519649236 | + | Email/Text: bankruptcy@rubinrothman.com | May 04 2023 20:36:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519649240 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 04 2023 20:37:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519653221 | + | Email/Text: rmcdowell@slgcollect.com | May 04 2023 20:37:00 | Spencer Savings Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519649243 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 04 2023 20:37:00 | Toyota Financial Services, 19001 S. Western Avenue, Torrance, CA 90501 |
| 519656102 | + | Email/Text: electronicbkydocs@nelnet.net | May 04 2023 20:38:00 | U.S. DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 519649245 | + | Email/Text: edbknotices@ecmc.org | May 04 2023 20:37:00 | US Department of Education, Department of Education Building, 400 Maryland Ave, SW, Washington, DC 20202-0008 |
| 519691483 | + | Email/PDF: ebn_ais@aisinfo.com | May 04 2023 20:40:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519649210 | + | Email/Text: jstauffe_bk@ebay.com | May 04 2023 20:38:00 | eBay, 2025 Hamilton Avenue, San Jose, CA 95125-5904 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519649214 | ##+ | Gerhart Systems and Control Corp, 754 Roble Rd, Allentown, PA 18109-9132 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2 User: admin Page 4 of 4
Date Rcvd: May 04, 2023 Form ID: plncf13 Total Noticed: 76

Date: May 06, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Michael Reinhart pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com |
| Paul Evangelista | on behalf of Joint Debtor Susan Reinhart pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com |
| Rebecca K. McDowell | on behalf of Creditor Spencer Savings Bank rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 9