**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN 38101-0520

May 16, 2023

**Re: Standing Trustee's Notice of Distribution**
**Case No: 22-15254**

On October 20, 2022 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY 16, 2023

**Chapter 13 Case # 22-15254**

Atty: SCURA WIGFIELD HEYER & STEVEI

Re: MICHAEL REINHART
SUSAN REINHART
15 GREENVIEW DRIVE
PEQUANNOCK, NJ 07440

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $160,580.00**

## RECEIPTS (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/25/2022 | $2,345.00 | 8606683000 | 08/02/2022 | $2,345.00 | 8624298000 |
| 08/31/2022 | $2,345.00 | 8678819000 | 10/03/2022 | $2,345.00 | 8739479000 |
| 11/02/2022 | $2,700.00 | 8801636000 | 12/05/2022 | $2,700.00 | 8863606000 |
| 01/03/2023 | $2,700.00 | 8917170000 | 02/06/2023 | $2,700.00 | 8981288000 |
| 03/20/2023 | $2,700.00 | 9062739000 | 04/10/2023 | $2,700.00 | 9101542000 |
| 05/08/2023 | $2,700.00 | 9157267000 | | | |

**Total Receipts: $28,280.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $28,280.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,441.72 | |
| ATTY | ATTORNEY | ADMIN | 9,382.66 | 100.00% | 9,382.66 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMS | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ARTHUR STAUFF | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ATLANTIC NEOROSURGICAL SPECIALIST | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA NA | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0008 | BARCLAYS BANK DELEWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BESTLINE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | BIGGS NYSTROM | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | BLUETTE S MEYER | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 17,755.31 | * | 0.00 | |
| 0013 | CHASE AUTO LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | JPMORGAN CHASE BANK NA | UNSECURED | 25,649.63 | * | 0.00 | |
| 0015 | CITI BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 726.48 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | CONTRACT CALLERS | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CULLEN & DYKMAN LLP | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | DATABIT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | DIMENSIONAL & CALIBRATION LABORA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 9,165.04 | * | 0.00 | |
| 0023 | ESTATE OF HERBERT MEYER | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | GARDEN STATE PRECISION | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | GASTROENTEROLOGY ASSOCIATES OF N | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | GERHART SYSTEMS AND CONTROL COR | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | GLASTONBURY SOUTHERN GAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | HEIDENHEIN | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | UNITED STATES TREASURY/IRS | PRIORITY | 2,161.28 | 100.00% | 0.00 | |
| 0030 | INVO SPLINE | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | JPMORGAN CHASE & CO | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | JOHNSON CONTROLS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | KES MACHINE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | LCA | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | LEXUS FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | MB&W | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MEEGAN TOOL SALES | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | MITUTOYO AMERICA CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | OSS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | PERRY JOHNSON LABORATORY | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | PITNEY BOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | RLA MACHINE | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | RENISHAW | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | RICHARD BERKSHIRE | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | SPENCER SAVINGS BANK | SECURED | 99,132.82 | 100.00% | 14,931.12 | |
| 0051 | STAPLES | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | STATE OF NEW JERSEY, DIVISION OF TA) | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0053 | STRATEGIC FUNDING SOURCE, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | THREAD CHECK | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | TROEMER | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | EBAY | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | UNITED STATES TREASURY/IRS | UNSECURED | 7.00 | * | 0.00 | |
| 0063 | SCARINCI HOLLENBECK LLC | UNSECURED | 7,634.42 | * | 0.00 | |
| 0064 | PNC MORTGAGE | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0065 | AMG READIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | BANK OF AMERICA | UNSECURED | 30,005.27 | * | 0.00 | |
| 0067 | JPMORGAN CHASE BANK NA | UNSECURED | 18,622.30 | * | 0.00 | |
| 0068 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | NEWALL | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | JPMORGAN CHASE BANK NA | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0071 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 106.34 | * | 0.00 | |
| 0072 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 74.34 | * | 0.00 | |

**Total Paid: $25,755.50**
See Summary

## LIST OF PAYMENTS TO CLAIMS (Please Read Across)

**Chapter 13 Case # 22-15254**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPENCER SAVINGS BANK | | | | | | |
| | 11/14/2022 | $4,004.22 | 900679 | 12/12/2022 | $2,551.50 | 902239 |
| | 01/09/2023 | $2,551.50 | 903725 | 02/13/2023 | $2,551.50 | 905239 |
| | 05/15/2023 | $3,272.40 | 910053 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: May 16, 2023.

Receipts: $28,280.00 - Paid to Claims: $14,931.12 - Admin Costs Paid: $10,824.38 = Funds on Hand: $2,524.50

Base Plan Amount: $160,580.00 - Receipts: $28,280.00 = Total Unpaid Balance: **$132,300.00

****NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.