SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: MICHAEL REINHART
SUSAN REINHART
15 GREENVIEW DRIVE
PEQUANNOCK, NJ 07440

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
**Chapter 13 Case # 22-15254**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $160,580.00**

## RECEIPTS AS OF 01/01/2024

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/25/2022 | $2,345.00 | 8606683000 | 08/02/2022 | $2,345.00 | 8624298000 |
| 08/31/2022 | $2,345.00 | 8678819000 | 10/03/2022 | $2,345.00 | 8739479000 |
| 11/02/2022 | $2,700.00 | 8801636000 | 12/05/2022 | $2,700.00 | 8863606000 |
| 01/03/2023 | $2,700.00 | 8917170000 | 02/06/2023 | $2,700.00 | 8981288000 |
| 03/20/2023 | $2,700.00 | 9062739000 | 04/10/2023 | $2,700.00 | 9101542000 |
| 05/08/2023 | $2,700.00 | 9157267000 | 06/05/2023 | $2,700.00 | 9203256000 |
| 07/12/2023 | $2,500.00 | | 07/24/2023 | $200.00 | |
| 08/21/2023 | $2,700.00 | | 09/18/2023 | $2,700.00 | |
| 10/17/2023 | $2,700.00 | | 11/13/2023 | $2,700.00 | |
| 12/13/2023 | $2,700.00 | | | | |

**Total Receipts: $47,180.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $47,180.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPENCER SAVINGS BANK | | | | | | |
| | 11/14/2022 | $4,004.22 | 900,679 | 12/12/2022 | $2,551.50 | 902,239 |
| | 01/09/2023 | $2,551.50 | 903,725 | 02/13/2023 | $2,551.50 | 905,239 |
| | 05/15/2023 | $3,272.40 | 910,053 | 06/12/2023 | $2,524.50 | 911,509 |
| | 07/17/2023 | $4,862.00 | 913,021 | 08/14/2023 | $187.00 | 914,537 |
| | 09/18/2023 | $2,524.50 | 916,024 | 10/16/2023 | $2,524.50 | 917,523 |
| | 11/13/2023 | $2,484.00 | 918,942 | 12/11/2023 | $2,484.00 | 920,364 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,007.72 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 9,382.66 | 100.00% | 9,382.66 | 0.00 |

**Chapter 13 Case # 22-15254**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMS | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ARTHUR STAUFF | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ATLANTIC NEOROSURGICAL SPECIALIST | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA NA | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0008 | BARCLAYS BANK DELEWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BESTLINE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | BIGGS NYSTROM | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | BLUETTE S MEYER | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 17,755.31 | * | 0.00 | |
| 0013 | CHASE AUTO LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | JPMORGAN CHASE BANK NA | UNSECURED | 25,649.63 | * | 0.00 | |
| 0015 | CITI BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 726.48 | * | 0.00 | |
| 0017 | CONTRACT CALLERS | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CULLEN & DYKMAN LLP | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | DATABIT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | DIMENSIONAL & CALIBRATION LABORA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 9,165.04 | * | 0.00 | |
| 0023 | ESTATE OF HERBERT MEYER | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | GARDEN STATE PRECISION | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | GASTROENTEROLOGY ASSOCIATES OF N | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | GERHART SYSTEMS AND CONTROL COR | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | GLASTONBURY SOUTHERN GAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | HEIDENHEIN | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | UNITED STATES TREASURY/IRS | PRIORITY | 2,161.28 | 100.00% | 0.00 | |
| 0030 | INVO SPLINE | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | JPMORGAN CHASE & CO | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | JOHNSON CONTROLS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | KES MACHINE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | LCA | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | LEXUS FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | MB&W | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MEEGAN TOOL SALES | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | MITUTOYO AMERICA CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | OSS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | PERRY JOHNSON LABORATORY | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | PITNEY BOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | RLA MACHINE | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | RENISHAW | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | RICHARD BERKSHIRE | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | SPENCER SAVINGS BANK | SECURED | 99,132.82 | 100.00% | 35,005.62 | |
| 0051 | STAPLES | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | STATE OF NEW JERSEY, DIVISION OF TA | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0053 | STRATEGIC FUNDING SOURCE, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | THREAD CHECK | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | TROEMER | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | EBAY | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | UNITED STATES TREASURY/IRS | UNSECURED | 7.00 | * | 0.00 | |

**Chapter 13 Case # 22-15254**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0063 | SCARINCI HOLLENBECK LLC | UNSECURED | 7,634.42 | * | 0.00 | |
| 0064 | PNC MORTGAGE | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0065 | AMG READIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | BANK OF AMERICA | UNSECURED | 30,005.27 | * | 0.00 | |
| 0067 | JPMORGAN CHASE BANK NA | UNSECURED | 18,622.30 | * | 0.00 | |
| 0068 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | NEWALL | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | JPMORGAN CHASE BANK NA | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0071 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 106.34 | * | 0.00 | |
| 0072 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 74.34 | * | 0.00 | |

**Total Paid: $47,396.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $47,180.00 - Paid to Claims: $35,005.62 - Admin Costs Paid: $12,390.38 = Funds on Hand: $2,484.00

**NOTE: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.