Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−15254−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Reinhart                         Susan Reinhart
15 Greenview Drive                       15 Greenview Drive
Pequannock, NJ 07440                     Pequannock, NJ 07440

Social Security No.:
   xxx−xx−8424                               xxx−xx−1297

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      5/1/24
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Paul Evangelista, Debtor's Attorney

COMMISSION OR FEES
$3,639.00

EXPENSES
$3.00

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☑   will reduce the amount to be paid to general unsecured
      creditors under the plan as follows: Amount paid to General Unsecured Creditors will be reduced by allowed amount.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 1, 2024
JAN:

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Reinhart  
Susan Reinhart  
    Debtors

Case No. 22-15254-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Apr 01, 2024     Form ID: 137     Total Noticed: 73

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Reinhart, Susan Reinhart, 15 Greenview Drive, Pequannock, NJ 07440-1704 |
| 519649189 | + | AMG Radiology, 475 South Street, Morristown, NJ 07960-6459 |
| 519649190 | + | AMS, 2360 N. Lindbergh Blvd., St. Louis, MO 63114-1608 |
| 519649191 | + | Arthur Stauff, 30 Kaunus Circle, Manchester, NH 03102-2317 |
| 519649192 | + | Atlantic Health System, 475 South Street, PO Box 1905, Morristown, NJ 07962-1905 |
| 519649193 | + | Atlantic NeoroSurgical Specialists, 89 S Sparta Ave, Sparta, NJ 07871-1777 |
| 519649194 | + | Bank of America, 100 N. Tryon Street, Charlotte, NC 28202-4036 |
| 519649196 | + | Bestline, 11350 Knott St, Garden Grove, CA 92841-1400 |
| 519649197 | + | Biggs Nystrom, 15 Greenview Drive, Pequannock, NJ 07440-1704 |
| 519687363 | + | Bluette S. Meyer, 64 Eagle Rim Rd, Upper Saddle River, NJ 07458-1839 |
| 519649198 | | Bruce Meyer, 268 Dove Street, San Diego, CA 92103 |
| 519649205 | + | Cullen & Dykman LLP, 433 Hackensack Avenue, Hackensack, NJ 07601-6452 |
| 519649206 | | Databit, 200 NJ-17, Mahwah, NJ 07430 |
| 519649208 | + | Dimensional & Calibration Laboratories, 15 Greenview Drive, Pequannock, NJ 07440-1704 |
| 519649211 | + | Estate of Herbert Meyer, 64 Eagle Rim Rd, Saddle River, NJ 07458-1839 |
| 519649213 | + | Gastroenterology Associates of New Jersey, 205 Browertown Rd, Ste 102, Little Falls, NJ 07424-2610 |
| 519649215 | + | Glastonbury Southern Gage, 46 Industrial Road, Erin, TN 37061-5394 |
| 519649216 | + | Heidenhein, 333 East State Parkway, Schaumburg, IL 60173-5337 |
| 519649218 | + | Invo Spline, 2357 E 9 Mile Rd, Warren, MI 48091-2162 |
| 519649219 | + | Johnson Controls, 500 Business Center Drive, Pittsburgh, PA 15205-1346 |
| 519649221 | + | KES Machine, 176 Kelsey St, Newington, CT 06111-5418 |
| 519649222 | + | LCA, 3150 Livernois Rd #300, Troy, MI 48083-5000 |
| 519649225 | + | Meegan Tool Sales, 160 Oak St, P.O. Box 456, Glastonbury, CT 06033-0456 |
| 519649226 | + | Mitutoyo, 965 Corporate Blvd, Aurora, IL 60502-9176 |
| 519677178 | + | Mitutoyo America Corporateion, 965 Corporate Blvd, Aurora, IL 60502-9176 |
| 519649228 | + | OSS LLC, 380 Wingo Heights Rd #4b, Spartanburg, SC 29303-6632 |
| 519649229 | + | Perry Johnson Laboratory, 755 West Big Beaver Road, Suite 1325, Troy, MI 48084-4918 |
| 519649230 | + | Pitney Bowes, 3001 Summer Street, Stamford, CT 06905-4317 |
| 519649235 | + | RLA Machine, 124 E Terrace Avenue, Lakewood, NY 14750-1330 |
| 519649233 | + | Renishaw, 1001 Weseman Drive, Dundee, IL 60118-9409 |
| 519649234 | + | Richard Berkshire, 6116 Cardinal Drive, New Bern, NC 28560-7164 |
| 519649237 | | Saldutti Law Group, 300 Kings Highway North, Cherry Hill, NJ 08034 |
| 519649238 | + | Spencer Savings Bank, 611 River Drive, Elmwood Park, NJ 07407-1348 |
| 519649239 | + | Staples, 500 Staples Drive, Framingham, MA 01702-4474 |
| 519649242 | + | Thread Check, 900 Marconi Avenue, Ronkonkoma, NY 11779-7212 |
| 519649244 | + | Troemer, 201 Wolf Dr, Thorofare, NJ 08086-2245 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 22-15254-RG  Doc 83  Filed 04/03/24  Entered 04/04/24 00:21:13  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: 137 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2024 23:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2024 23:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Apr 01 2024 23:55:00 | Spencer Savings Bank, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519649188 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 00:43:33 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519683452 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2024 23:49:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519690983 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 01 2024 23:51:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 519683692 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 01 2024 23:51:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519649195 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 01 2024 23:56:00 | Barclays Bank Deleware, 100 S. West St., Wilmington, DE 19801-5015 |
| 519649199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2024 23:49:17 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519658683 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 01 2024 23:48:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519649202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2024 23:48:12 | Citi Bank, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519649203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2024 23:56:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519649204 | + | Email/Text: compliance@contractcallers.com | Apr 01 2024 23:58:00 | Contract Callers, 501 Greene St, Suite 301, Augusta, GA 30901-4402 |
| 519649207 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2024 02:56:24 | Department Stores National Bank, 701 E 60th St. N, Sioux Falls, SD 57104 |
| 519655297 | | Email/Text: mrdiscen@discover.com | Apr 01 2024 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519649209 | + | Email/Text: mrdiscen@discover.com | Apr 01 2024 23:52:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 519649217 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2024 23:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519649200 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 01 2024 23:48:19 | Chase Auto Loan, PO Box 901076, Fort Worth, TX 76101 |
| 519649201 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 01 2024 23:48:42 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 519649220 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 02 2024 00:41:53 | JPMorgan Chase & Co, 270 Park Avenue, New York, NY 10017 |
| 519668035 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 01 2024 23:49:16 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519681242 | + | Email/Text: RASEBN@raslg.com | Apr 01 2024 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519649224 | | Email/Text: bknotices@mbandw.com | Apr 01 2024 23:55:00 | MB&W, 26000 Cannon Road, Bedford, OH 44146 |
| 519649227 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 01 2024 23:57:00 | Nelnet Loans, PO Box 82505, Lincoln, NE |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519649231 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2024 23:53:00 | PNC Bank, PO Box 10566, Birmingham, AL 35296 |
| 519688464 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2024 23:53:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519649232 | ^ | MEBN | Apr 01 2024 22:49:32 | PSE&G, 80 Park Plaza, Newark, NJ 07102-4194 |
| 519692543 | | Email/Text: bnc-quantum@quantum3group.com | Apr 01 2024 23:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519649236 | + | Email/Text: bankruptcy@rubinrothman.com | Apr 01 2024 23:53:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519649240 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 01 2024 23:53:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519653221 | + | Email/Text: rmcdowell@slgcollect.com | Apr 01 2024 23:55:00 | Spencer Savings Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519649241 | + | Email/Text: sarah@nblawplc.com | Apr 01 2024 23:55:00 | Strategic Funding Source, Inc., c/o Nguyen Ballato Law Firm, 2201 Libbie Avenue, Richmond, VA 23230-2364 |
| 519649243 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 01 2024 23:55:00 | Toyota Financial Services, 19001 S. Western Avenue, Torrance, CA 90501-1106 |
| 519656102 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 01 2024 23:57:00 | U.S. DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 519649245 | + | Email/Text: edbknotices@ecmc.org | Apr 01 2024 23:54:00 | US Department of Education, Department of Education Building, 400 Maryland Ave, SW, Washington, DC 20202-0008 |
| 519691483 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 01 2024 23:48:19 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519649210 | + | Email/Text: jstauffe_bk@ebay.com | Apr 01 2024 23:58:00 | eBay, 2025 Hamilton Avenue, San Jose, CA 95125-5904 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519649212 | ##+ | Garden State Precision, 510 Church St, Ridgefield, NJ 07657-2131 |
| 519649214 | ##+ | Gerhart Systems and Control Corp, 754 Roble Rd, Allentown, PA 18109-9132 |
| 519649223 | ##+ | Lexus Financial Services, P.O. Box 15012, Chandler, AZ 85244-5012 |
| 519661997 | ##+ | Scarinci Hollenbeck, LLC, 1100 Valley Brook Road, Lyndhurst, New Jersey 07071-3620 |

TOTAL: 0 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 01, 2024 | Form ID: 137 | Total Noticed: 73 |

Date: Apr 03, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Michael Reinhart pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;sterry@scura.com |
| Paul Evangelista | on behalf of Joint Debtor Susan Reinhart pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;sterry@scura.com |
| Rebecca K. McDowell | on behalf of Creditor Spencer Savings Bank rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |

TOTAL: 9