UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2022-0463

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for Bank of America, N.A.

In Re:

Michael Reinhart
Susan Reinhart

Case No.:  22-15254-RG

Hearing Date: 07/17/2024

Judge:  Honorable Rosemary Gambardella

Chapter:  13

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

   ☒ represent the __Creditor__ in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 13, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Form of Order submitted

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                              /s/ William M. E. Powers III
Dated:  June 13, 2024         William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield NJ  07004 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Jamal J. Romero, Esquire<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Michael Reinhart<br>15 Greenview Drive<br>Pequannock, NJ 07440 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Susan Reinhart<br>15 Greenview Drive<br>Pequannock, NJ 07740 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.