**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MICHAEL REINHART
SUSAN REINHART,

Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.: 22-15254 RG**

**NOTICE OF RESERVE ON CLAIM**

| | |
|---|---|
| Creditor: | BANK OF AMERICA NA |
| Trustee Claim #: | 73 |
| Court Claim #: | |
| Claimed Amount: | $699.00 |
| Date Claim Filed: | |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Trustee is disbursing on fees per Court order of 6/21/24. Creditor has returned funds stating funds are no longer owed and unrecoverable. If fees are no longer owed, amended order should be filed with Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: November 25, 2024

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

MICHAEL REINHART
SUSAN REINHART
15 GREENVIEW DRIVE
PEQUANNOCK, NJ 07440

SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

BANK OF AMERICA NA
PO BOX 660933
DALLAS, TX 75266-0933

POWERS KIRN LLC
308 HARPER DR STE 210
MOORESTOWN, NJ 08057