| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCURA, WIGFIELD, HEYER<br>STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>973-554-9801<br>Fax : 973-696-8571<br>Paul S. Evangelista Esq.<br>Email: pevangelista@scura.com<br>Counsel for Debtor | |
| In Re:<br><br>Michael Reinhart and Susan Reinhart,<br><br>Debtors. | Case No.: 22-15254<br>Chapter: 13<br>Adv. No.:<br>Hearing Date:<br>Judge: TBA |

## CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Debtors in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On July 14, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Application re: for the Entry of a Stipulation and Consent Order Regarding Proof of Claim No. 20 filed by the State of New Jersey Division of Taxation, Certification of Consent Order and Proposed Order (Dkt.104)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 14, 2025           /s/ Silvia Pereyra
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Michael Reinhart and<br>Susan Reinhart<br>15 Greenview Drive<br>Pequannock, NJ 07440 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| State of New Jersey,<br>Division of Taxation<br>Compliance and Enforcement - Bankruptcy Unit<br>3 John Fitch Way, 5th Floor,<br>Po box 245, Trenton, NJ 08695 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Office of the Attorney General<br>New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William M. E. Powers, III<br>Powers Kirn, LLC<br>P.O. Box 848<br>Moorestown, NJ 08057 | Counsel for Bank of America, N.A. / Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Creditor PNC Bank, National Association / Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100<br>Cherry Hill, NJ 08034 | Counsel for Creditor Spencer Savings Bank / Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |