**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP.**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Paul S. Evangelista, Esq.
Email: pevangelista@scura.com
*Counsel for Debtors*

**Order Filed on July 22, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* | Case No. 22-15254-TBA |
| MICHAEL REINHART and SUSAN REINHART | Chapter 13 |
| Debtors. | Hearing Date: N/A |

### CONSENT ORDER REGARDING PROOF OF CLAIM NO. 20 FILED BY THE STATE OF NEW JERSEY DIVISION OF TAXATION

The relief set forth on the following page numbered two (2) is hereby ORDERED

**DATED: July 22, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Debtors:          Michael Reinhart and Susan Reinhart
Case No.:         22-15254-TBA
Caption of Order: CONSENT ORDER REGARDING PROOF OF CLAIM NO. 20 FILED BY
                  THE STATE OF NEW JERSEY DIVISION OF TAXATION
Page -2-

THIS MATTER having been opened to the Court upon the filing of Proof of Claim No. 20 by

State of New Jersey, Division of Taxation ("State of New Jersey"), it appearing that the deadline for

governmental units to file a claim has expired, and it appearing that the Debtors and the State of

New Jersey have agreed to resolve the claim, it is it is hereby ORDERED:

1.    State of New Jersey has filed a Proof of Claim, No. 20 on the register of claims (the "Proof of

Claim") stating a priority claim in the amount of $10,336.70 (the "Priority Claim").

2.    The Priority Claim shall be deemed "allowed".

2.     The amount of the Priority Claim shall be paid to the State of New Jersey in full through the

Debtors' Chapter 13 Plan.

3.     The Priority Claim does not impact the plan and a modified plan shall not be required.

STIPULATED AND AGREED:

/s/ Paul S. Evangelista                          /s/ Heather Lynn Anderson
Paul S. Evangelista, Esq.                        Heather Lynn Anderson, Esq.
Scura, Wigfield, Heyer & Stevens                 Deputy Attorney General
1599 Hamburg Turnpike 401                        Office of the New Jersey Attorney General
Wayne, NJ 07470                                  Division of Law
Counsel for the Debtor                           25 Market Street, PO Box 106
                                                 Trenton, NJ 08625
                                                 Attorneys for the State of New Jersey
                                                 Division of Taxation

   /s/ Marie-Ann Greenberg
Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee
30 Two Bridges Road, Ste 330
Fairfield, NJ  07004-1550