**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP.**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Paul S. Evangelista, Esq.
Email: pevangelista@scura.com
*Counsel for Debtors*



Order Filed on July 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* | Case No. 22-15254-TBA |
| MICHAEL REINHART and SUSAN REINHART | Chapter 13 |
| | Hearing Date: N/A |
| Debtors. | |

## CONSENT ORDER REGARDING PROOF OF CLAIM NO. 20 FILED BY THE STATE OF NEW JERSEY DIVISION OF TAXATION

The relief set forth on the following page numbered two (2) is hereby ORDERED

**DATED: July 22, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Michael Reinhart and Susan Reinhart |
| Case No.: | 22-15254-TBA |
| Caption of Order: | CONSENT ORDER REGARDING PROOF OF CLAIM NO. 20 FILED BY THE STATE OF NEW JERSEY DIVISION OF TAXATION |

Page -2-

**THIS MATTER** having been opened to the Court upon the filing of Proof of Claim No. 20 by State of New Jersey, Division of Taxation ("State of New Jersey"), it appearing that the deadline for governmental units to file a claim has expired, and it appearing that the Debtors and the State of New Jersey have agreed to resolve the claim, it is it is hereby **ORDERED**:

1. State of New Jersey has filed a Proof of Claim, No. 20 on the register of claims (the "Proof of Claim") stating a priority claim in the amount of $10,336.70 (the "Priority Claim").

2. The Priority Claim shall be deemed "allowed".

2. The amount of the Priority Claim shall be paid to the State of New Jersey in full through the Debtors' Chapter 13 Plan.

3. The Priority Claim does not impact the plan and a modified plan shall not be required.

**STIPULATED AND AGREED**:

/s/ Paul S. Evangelista
Paul S. Evangelista, Esq.
Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike 401
Wayne, NJ 07470
Counsel for the Debtor

/s/ Heather Lynn Anderson
Heather Lynn Anderson, Esq.
Deputy Attorney General
Office of the New Jersey Attorney General
Division of Law
25 Market Street, PO Box 106
Trenton, NJ 08625
Attorneys for the State of New Jersey
Division of Taxation

/s/ Marie-Ann Greenberg
Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee
30 Two Bridges Road, Ste 330
Fairfield, NJ  07004-1550

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-15254-TBA
Michael Reinhart                                                                    Chapter 13
Susan Reinhart
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                               User: admin                                Page 1 of 2
Date Rcvd: Jul 22, 2025                        Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Reinhart, Susan Reinhart, 15 Greenview Drive, Pequannock, NJ 07440-1704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

**Name**                              **Email Address**

David L. Stevens
    on behalf of Joint Debtor Susan Reinhart dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

David L. Stevens
    on behalf of Debtor Michael Reinhart dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

Denise E. Carlon
    on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
    on behalf of Joint Debtor Susan Reinhart jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Jamal J Romero
    on behalf of Debtor Michael Reinhart jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Paul Evangelista
    on behalf of Debtor Michael Reinhart pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;vduarte@scura.com

Paul Evangelista
    on behalf of Joint Debtor Susan Reinhart pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;vduarte@scura.com

Rebecca K. McDowell
    on behalf of Creditor Spencer Savings Bank rmcdowell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com


TOTAL: 13