UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

2022-0463

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for Bank of America, N.A.

In Re:

Michael Reinhart
Susan Reinhart

Case No.: 22-15254

Chapter: 13

Hearing Date: N/A

Judge: TBA

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Notice of Mortgage Payment Change. Re: Claim #: 17 filed October 2, 2025.

Date: 12/08/2025

/s/ William M.E. Powers, III
Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2022-0463

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for Bank of America, N.A.

In Re:

Michael Reinhart
Susan Reinhart

Case No.: 22-15254-TBA

Hearing Date:

Judge: Honorable TBA

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

   ☒ represent the __Creditor__ in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 8, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Withdraw of Notice of Payment Change Notice filed October 2, 2025, related to Claim No.:17.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 8, 2025

/s/ William M.E. Powers, III
William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield NJ  07004 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Bankr.P. 9036(c)<br>   (As authorized by the court or by rule.  Cite the rule if applicable) |
| Paul S. Evangelista, Esquire<br>1599 Hamburg Turnpike<br>Wayne, NJ  07470 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Bankr.P. 9036(c)<br>   (As authorized by the court or by rule.  Cite the rule if applicable) |
| Michael Reinhart<br>15 Greenview Drive<br>Pequannock NJ  07440 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other  _____<br>   (As authorized by the court or by rule.  Cite the rule if applicable) |
| Susan Reinhart<br>15 Greenview Drive<br>Pequannock, NJ  07740 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other  _____<br>   (As authorized by the court or by rule.  Cite the rule if applicable) |