SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: MICHAEL REINHART
SUSAN REINHART
15 GREENVIEW DRIVE
PEQUANNOCK, NJ 07440

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 22-15254**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $160,580.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/25/2022 | $2,345.00 | 8606683000 | 08/02/2022 | $2,345.00 | 8624298000 |
| 08/31/2022 | $2,345.00 | 8678819000 | 10/03/2022 | $2,345.00 | 8739479000 |
| 11/02/2022 | $2,700.00 | 8801636000 | 12/05/2022 | $2,700.00 | 8863606000 |
| 01/03/2023 | $2,700.00 | 8917170000 | 02/06/2023 | $2,700.00 | 8981288000 |
| 03/20/2023 | $2,700.00 | 9062739000 | 04/10/2023 | $2,700.00 | 9101542000 |
| 05/08/2023 | $2,700.00 | 9157267000 | 06/05/2023 | $2,700.00 | 9203256000 |
| 07/12/2023 | $2,500.00 | | 07/24/2023 | $200.00 | |
| 08/21/2023 | $2,700.00 | | 09/18/2023 | $2,700.00 | |
| 10/17/2023 | $2,700.00 | | 11/13/2023 | $2,700.00 | |
| 12/13/2023 | $2,700.00 | | 01/09/2024 | $2,700.00 | |
| 02/15/2024 | $2,700.00 | | 03/18/2024 | $2,700.00 | |
| 04/15/2024 | $2,700.00 | | 05/14/2024 | $2,700.00 | |
| 06/10/2024 | $2,700.00 | | 07/12/2024 | $2,700.00 | |
| 08/16/2024 | $2,700.00 | | 09/13/2024 | $2,700.00 | |
| 10/15/2024 | $2,700.00 | | 11/12/2024 | $2,700.00 | |
| 12/09/2024 | $2,700.00 | | 01/13/2025 | $2,700.00 | |
| 02/14/2025 | $2,700.00 | | 03/10/2025 | $2,700.00 | I1VXGNVBKQ-Plan |
| 04/07/2025 | $2,700.00 | I13MGCVDZ4-Plan | 05/05/2025 | $2,700.00 | I13JGT3VNJ-Plan |
| 06/03/2025 | $2,700.00 | I1XZL2HBM1-Plan | 07/11/2025 | $2,700.00 | I1D9LHR49B-Plan |
| 08/11/2025 | $2,700.00 | I1P3FDLMLD-Plan | 09/08/2025 | $2,700.00 | I1N5FLZ1DH-Plan |
| 10/06/2025 | $2,700.00 | I1N4FZ6569-Plan | 11/12/2025 | $2,700.00 | I11VS28XL2-Plan |
| 12/15/2025 | $2,000.00 | I189S7GZT8-Plan | 12/29/2025 | $700.00 | I18SSHMN38-Plan |
| 01/06/2026 | $2,700.00 | I853CLY4V2-Plan | | | |

**Total Receipts: $114,680.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $114,680.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

**Chapter 13 Case # 22-15254**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | |
| | 07/15/2024 | $33.47 | 930,481 | 08/19/2024 | $33.47 | 931,891 |
| | 09/16/2024 | $14.67 | 933,354 | 10/21/2024 | $33.12 | 934,753 |
| | 11/18/2024 | $33.12 | 936,239 | | | |
| SPENCER SAVINGS BANK | | | | | | |
| | 11/14/2022 | $4,004.22 | 900,679 | 12/12/2022 | $2,551.50 | 902,239 |
| | 01/09/2023 | $2,551.50 | 903,725 | 02/13/2023 | $2,551.50 | 905,239 |
| | 05/15/2023 | $3,272.40 | 910,053 | 06/12/2023 | $2,524.50 | 911,509 |
| | 07/17/2023 | $4,862.00 | 913,021 | 08/14/2023 | $187.00 | 914,537 |
| | 09/18/2023 | $2,524.50 | 916,024 | 10/16/2023 | $2,524.50 | 917,523 |
| | 11/13/2023 | $2,484.00 | 918,942 | 12/11/2023 | $2,484.00 | 920,364 |
| | 01/08/2024 | $2,484.00 | 921,751 | 02/12/2024 | $2,484.00 | 923,088 |
| | 03/11/2024 | $2,484.00 | 924,548 | 05/10/2024 | $1,326.00 | 927,460 |
| | 06/17/2024 | $4,968.00 | 928,841 | 07/15/2024 | $2,531.53 | 930,326 |
| | 08/19/2024 | $2,531.53 | 931,719 | 09/16/2024 | $1,109.33 | 933,200 |
| | 10/21/2024 | $2,504.88 | 934,563 | 11/18/2024 | $2,504.88 | 936,045 |
| | 12/16/2024 | $2,611.02 | 937,425 | 01/13/2025 | $32.57 | 938,844 |
| | 02/10/2025 | $2,496.01 | 940,229 | 03/17/2025 | $2,622.25 | 941,581 |
| | 04/14/2025 | $2,538.00 | 943,048 | 05/12/2025 | $2,538.00 | 944,464 |
| | 06/16/2025 | $2,565.00 | 945,868 | 07/14/2025 | $2,565.00 | 947,321 |
| | 09/16/2025 | $2,565.00 | 950,018 | 10/20/2025 | $2,565.00 | 951,441 |
| | 11/17/2025 | $2,565.00 | 952,913 | 12/15/2025 | $2,538.00 | 954,313 |
| | 01/12/2026 | $2,538.00 | 955,748 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 6,949.72 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 14,465.66 | 100.00% | 14,465.66 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMS | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ARTHUR STAUFF | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ATLANTIC NEOROSURGICAL SPECIALIST | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA NA | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0008 | BARCLAYS BANK DELEWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BESTLINE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | BIGGS NYSTROM | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | BLUETTE S MEYER | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 17,755.31 | * | 0.00 | |
| 0013 | CHASE AUTO LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | JPMORGAN CHASE BANK NA | UNSECURED | 25,649.63 | * | 0.00 | |
| 0015 | CITI BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 726.48 | * | 0.00 | |
| 0017 | CONTRACT CALLERS | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CULLEN & DYKMAN LLP | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | DATABIT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | DIMENSIONAL & CALIBRATION LABORA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 9,165.04 | * | 0.00 | |
| 0023 | ESTATE OF HERBERT MEYER | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | GARDEN STATE PRECISION | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | GASTROENTEROLOGY ASSOCIATES OF N | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | GERHART SYSTEMS AND CONTROL COR | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | GLASTONBURY SOUTHERN GAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | HEIDENHEIN | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | UNITED STATES TREASURY/IRS | PRIORITY | 2,161.28 | 100.00% | 0.00 | |

**Chapter 13 Case # 22-15254**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0030 | INVO SPLINE | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | JPMORGAN CHASE & CO | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | JOHNSON CONTROLS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | KES MACHINE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | LCA | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | LEXUS FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | MB&W | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MEEGAN TOOL SALES | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | MITUTOYO AMERICA CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | OSS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | PERRY JOHNSON LABORATORY | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | PITNEY BOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | RLA MACHINE | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | RENISHAW | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | RICHARD BERKSHIRE | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | SPENCER SAVINGS BANK | SECURED | 99,132.82 | 100.00% | 88,188.62 | |
| 0051 | STAPLES | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | STATE OF NJ | PRIORITY | 10,336.70 | 100.00% | 0.00 | |
| 0053 | STRATEGIC FUNDING SOURCE, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | THREAD CHECK | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | TROEMER | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | EBAY | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | UNITED STATES TREASURY/IRS | UNSECURED | 7.00 | * | 0.00 | |
| 0063 | SCARINCI HOLLENBECK LLC | UNSECURED | 7,634.42 | * | 0.00 | |
| 0064 | PNC MORTGAGE | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0065 | AMG READIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | BANK OF AMERICA | UNSECURED | 30,005.27 | * | 0.00 | |
| 0067 | JPMORGAN CHASE BANK NA | UNSECURED | 18,622.30 | * | 0.00 | |
| 0068 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | NEWALL | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | JPMORGAN CHASE BANK NA | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0071 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 106.34 | * | 0.00 | |
| 0072 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 74.34 | * | 0.00 | |
| 0073 | BANK OF AMERICA NA | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | |

**Total Paid: $109,604.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $114,680.00 - Paid to Claims: $88,188.62 - Admin Costs Paid: $21,415.38 = Funds on Hand: $5,076.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.